JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| CHUCK FOSTER and WISHCRUISE PIRATE ADVENTURES,<br><br>Plaintiffs,<br><br>v.<br><br>THERESA KEEPING, DALE MERKEL, and 1727482 ALBERTA LTD., INC.<br><br>Defendants. | Case No. SACV 14-0004 AG DFM(x) consolidated with SACV 14-0012 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendants and Counter Claimants Theresa Keeping, Dale Merkel, and 1727482 Alberta Ltd., Inc., against Plaintiffs Chuck Foster and Wishcruise Pirate Adventures, Ltd., for the sum of $657,403.05.

Dated January 08, 2016

Hon. Andrew J. Guilford
United States District Judge